No. 340, Misc. FERRELL v. MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.

No. 325. EVANS v. UNITED STATES, *ante*, p. 866. Rehearing denied.

No. 65. GEO. F. ALGER CO. v. BOWERS, TAX COMMISSIONER OF OHIO, *ante*, p. 43;

No. 119. ROTH v. UNITED STATES, *ante*, p. 819;

No. 131. EASTER v. DUNDALK HOLDING CO. ET AL., *ante*, p. 821;

No. 166. GROCHOWIAK v. PENNSYLVANIA, *ante*, p. 47;

No. 176. ALKER v. GIRARD TRUST CORN EXCHANGE BANK ET AL., EXECUTORS, *ante*, p. 825;

No. 177. ALKER v. ESTATE OF RENTSCHLER, *ante*, p. 826;

No. 189. 222 EAST CHESTNUT STREET CORP. v. LASALLE NATIONAL BANK, TRUSTEE, ET AL., *ante*, p. 827;

No. 221. COSTELLO v. UNITED STATES, *ante*, p. 830;

No. 224. CANNELLA v. UNITED STATES, *ante*, p. 830;

No. 254. UNITED STATES EX REL. McCANS v. ARMOUR & CO., *ante*, p. 834;

No. 270. SWIFT & CO. v. UNITED STATES, *ante*, p. 837;

No. 271. NATIONAL BISCUIT CO. ET AL. v. UNITED STATES, *ante*, p. 837; and

No. 161, Misc. SHOTKIN v. WEKSLER ET AL., *ante*, p. 855. Petitions for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of these applications.

No. 446, October Term, 1957. MISSISSIPPI VALLEY BARGE LINE CO. v. T. L. JAMES & CO., INC., ET AL., 355 U. S. 871. Motion for leave to file petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this motion.